UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MARIE STRANGE, et al.,<br>Plaintiffs,<br>v.<br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br>Defendant. | No. 2:24-cv-00382-DC-SCR<br><br><u>ORDER ENTERING JUDGMENT AGAINST DEFENDANT PURSUANT TO NOTICE OF ACCEPTED RULE 68 OFFER</u><br><br>(Doc. No. 28) |

On August 13, 2026, Plaintiffs filed a Notice of Plaintiffs' Acceptance of Defendant's Offer of Judgment under Federal Rule of Civil Procedure 68, informing the court that Plaintiffs have accepted the terms of Defendant's offer to settle this case. (Doc. No. 28.)

Pursuant to Federal Rule of Civil Procedure 68(a), at least 14 days before trial, a defendant may serve an offer to allow judgment on specified terms to the opposing party. Fed. R. Civ. P. 68(a). Any acceptance by the opposing party of the offer must be made through written notice. *Id.* Thereafter, "either party may then file the offer and notice of acceptance, plus proof of service." *Id.*

Here, Plaintiffs accepted Defendant's Rule 68 Offer of Judgment in writing on June 2, 2026 (Doc. No. 28 at 7.) Pursuant to the accepted Rule 68 offer, Defendant agrees to allow entry of judgment in favor of Plaintiffs in the amount of $113,500.00 in damages. (*Id.* at 2.) In addition to that amount, Defendant also agrees to pay Plaintiffs $9,000.00 in attorneys' fees and costs.

(*Id.*)

Accordingly,

1. The Clerk of the Court is directed to enter judgment in favor of Plaintiffs and against Defendant in the amount of $113,500.00, plus $9,000.00 in reasonable attorneys' fees and costs (Doc. No. 28);
2. All dates and deadlines in this case are VACATED; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 15, 2026**

Dena Coggins
United States District Judge